UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG -8 PM 2:23

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 2:24-cr-87-1-2-3 |
| WILLIAM MCLAUGHLIN; ) | |
| SAMANTHA DANFORTH; and ) | |
| KEAHNARD ROWELL, a.k.a., "Stacks," ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

Count One

From on or about February 17, 2022, to on or about July 1, 2022, in the District of Vermont and elsewhere, the defendants, WILLIAM MCLAUGHLIN, SAMANTHA DANFORTH, and KEAHNARD ROWELL, a.k.a. "STACKS," knowingly and willfully conspired together and with each other, and with other persons known and unknown, to distribute cocaine base and fentanyl, both Schedule II controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846)

## Count Two

On or about May 3, 2022, in the District of Vermont, the defendant, WILLIAM MCLAUGHLIN, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and having been so convicted, did knowingly possess a firearm, to wit: a Taurus G2C 9mm pistol, which had previously been shipped and transported in interstate commerce.

(18 U.S.C. § 922(g)(1))

Forfeiture Notice

Upon conviction of the offense alleged in violation of Title 18, United States Code, Section 922(g) set forth above in Count Two, WILLIAM MCLAUGHLIN shall forfeit to the United States the firearm named in the offense and any ammunition involved in the commission of the offense, including, but not limited to:

- A Taurus G2C 9mm pistol with serial number ADA895735.

(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

A TRUE BILL

FO█████████

NIKOLAS P. KEREST (CMS)
United States Attorney
Rutland, Vermont
August 8, 2024

3